# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**SCOTT DUESLER and**
**SHAUNA DUESLER**

              V.             CASE No.: 6:05-CV-150(FJS/GHL)

**CLOVERLEAD MODULAR HOMES, INC.**
**and RCM MODULAR, INC.**

| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFFS, dismissing this action for lack of subject matter jurisdiction pursuant to the Order of the Hon. Frederick J. Scullin, Jr., filed on September 30, 2008.


DATED:    September 30, 2008

                                                                     Clerk of Court

LKB:lmp